UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 17-cr-10141-14-DPW |
| ) | |
| 14. BRONIN MARTIN GONZALEZ ARIAS, ) | |
| a/k/a Rafael Omar Arias-Rodriguez, a/k/a ) | |
| Prieto Tita ) | |
| ) | |
| Defendant ) | |

### GOVERNMENT'S SENTENCING MEMORANDUM

On April 27, 2018, the defendant Bronin Martin Gonzalez Arias pleaded guilty to Count 1 of the Superseding Indictment which charged him with conspiracy to possess with intent to distribute fentanyl, heroin and cocaine in violation of 21 U.S.C. 846 and 841. There is a plea agreement in this case. The revised Pre-sentence Report prepared by the United States Probation Office, revised August 14, 2018 (PSR), concluded that the defendant's advisory guideline sentencing range (GSR) was 78 to 97 months, based on BOL 26, TOL 28 and CHC I (PSR, ¶¶ 174-182). As set forth below, the Government calculates the GSR as TOL 25 (57-71 months), because it applies a three level reduction for acceptance of responsibility. (PSR 227-228). There was no safety valve proffer. The government will seek a U.S. Guideline range sentence at the low end of the advisory GSR, based on the guideline range as calculated by the Court at the time of sentencing. The government does not anticipate the need for an evidentiary hearing at sentencing.

This defendant was a redistributor for the DTO who bought drugs from PATRONE. Sample calls are set forth in Paragraphs 128-132 of the PSR. Defendant appeared to be one of the more significant redistributors for PATRONE, as reflected in his BOL 26 (160-280 grams of fentanyl), based on 210 total grams of fentanyl (PSR ¶ 134). This Defendant was previously

intercepted in a significant wire investigation, which calls were produced to Defendant in discovery in this case, but Defendant was not prosecuted or arrested in the prior matter because he appeared to be a smaller player. His role expanded during the additional time on the street.

As indicated in the PSR, prior to the entry of the Plea Agreement, Defendant falsely identified himself as Rafael Omar Arias-Rodriguez and falsely claimed to be a United States citizen both before USPS and before Magistrate Judge Bowler. Defendant's true name is Bronin Martin Gonzalez Arias and he is a citizen of the Dominican Republic. He is not legally in the United States. As a result, USPS assigned a two level increase under USSG § 3C1.1 for obstruction of justice, and did not give Defendant credit for acceptance of responsibility under USSG § 3E1.1. The government agrees that the Defendant misrepresented his name to the Court and to USPS prior to entry into the plea agreement, and believes the two-level upward adjustment is appropriate for that misconduct. The government believes the application of USSG § 3C1.1 is properly preserved in Paragraph 3 of the Plea Agreement where the parties specify that they have no agreement as to the application of the USSG except for Defendant's BOL of 26. In the plea agreement, however, the government also agreed in Paragraph 3 to recommend the Court reduce by three levels Defendant's AOL under USSG § 3E1.1 for acceptance of responsibility, unless such obstructive conduct occurred after the date of the Plea Agreement. While USPS correctly notes that the application of both Sections 3C1.1 and 3E1.1 is unusual, the Government is required to adhere to the bargain it made. *United States v. Canada*, 960 F.2d 263, 269-70 (1st Cir. 1992). Accordingly, the government believes the Defendant's TOL is 25 (57-71 months).

As indicated in the PSR, Defendant reports abusing prescription drugs and marijuana (PSR ¶ 215), and may be an addict.

**Other Defendants Similarly Situated**.

Defendants #12 through #18 are all redistributors for PATRONE. The defendant is the fourth redistributor to be sentenced. The redistributors are as follows:

| Redistributor Defendants | Seizures/basis of BOL | Government's estimate of BOL (Court findings where sentences imposed) | Sentence Imposed and Acceptance/Non-Acceptance to RISE |
|---|---|---|---|
| #12 Lacy Picariello (addict) | Seizure on 2/16/17 of 15g of fentanyl; 9.9g of cocaine | BOL 22 | Pending RISE |
| #13 Matthew Shover (addict) | Seizure on 12/21/16 of more than 40g of fentanyl | BOL 24 | Pending RISE |
| #14 Bronin Martin Gonzalez Arias | Based on wire and surveillance | BOL 26 TOL 25 (57-71) | Pending |
| #15 Rafael Arce (addict) | Based on wire and surveillance | BOL 24 | Pending |
| #16 Reynaldo Duran | Based on wire and surveillance and protected proffer | BOL 24; TOL 19 (30-37) | Time served (about 13 months) |
| #17 Stacey Littlefield (addict) | Seizure/brokered sale for Weatherspoon on 4/3/17 | BOL 24 TOL 17 (24-30) | Time served (79 days) |
| #18 Melvin Weatherspoon (addict) | Seizure/involved one time in purchase from PATRONE on 4/3/17 | BOL 24; TOL 19 (30-37). | Time served (45 days) |

For the foregoing reasons, the government will seek a sentence at the low end of the advisory GSR, as calculated by the Court at the time of sentencing.

                                    Respectfully submitted,

                                    ANDREW E. LELLING,
                                    United States Attorney

By:    /s/ Susan Winkler
        Susan Winkler
        Assistant U.S. Attorney

CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 15, 2018.

    /s/ Susan Winkler
    Susan Winkler
    Assistant U.S. Attorney