

# Memorandum

**To:**   Honorable Douglas P. Woodlock, Senior U.S. District Judge

**From:** James Woody, U. S. Probation Officer

**Date:** April 30, 2020

**Re:**   **Bronin Martin Gonzalez-Arias (aka Rafael Omar Arias-Rodriguez), Dkt. # 17-cr-10141-14 - Death Notification and Request to Withdraw Second Amended 12C Petition**

---

Reference is made to the 12C Petition and Affidavit filed on 2/8/19, the Amended 12C filed on 9/26/19, and the Second Amended 12C filed on 4/2/20, which alleged three violations of supervised release.  The underlying alleged violation involved conduct which resulted in new criminal charges in Haverhill District Court: Dkt. # 1938CR1671 (Counts 1-4): 1) Drug, Distribute Class B; 2) Conspiracy to Violate Drug Law; 3) Resisting Arrest; 4) Drug, Possession to Distribute Class B, Subsequent Offense; and Dkt. # 1938CR1645 (Counts 1-2): 1) Possession to Distribute Class B and 2) Conspiracy to Violate Drug Law.  Additionally, it is alleged that Mr. Gonzalez-Arias tested positive for illegal substances, failed to report for treatment, and absconded from supervised release.

On 4/2/20, the Probation Office was notified that Mr. Gonzalez-Arias was scheduled to be released from state custody on 4/3/20 and that he was hospitalized at Beverly Hospital with a suspected case of COVID-19.  Given Mr. Gonzalez-Arias' medical condition and inpatient hospitalization at the time, the Probation Office requested that the pending warrant in this case be withdrawn and that the Court, instead, issue a summons to appear for a Final Revocation Hearing.  Additionally, Mr. Gonzalez-Arias assented to a modification of conditions (see Probation 12B dated 4/3/20), requiring him to maintain contact with this officer, provide updates of his medical condition, and to notify this officer of his proposed address upon his discharge from the hospital.  The Court subsequently approved the warrant withdrawal and modification of conditions on 4/3/2020.

It is noted that the Probation Office maintained contact with the medical staff charged with providing medical treatment to Mr. Gonzalez-Arias and this officer was able to obtain updated information regarding Mr. Gonzalez-Arias' health status.  On 4/29/2020, the Probation Office was notified that Mr. Gonzalez-Arias succumbed to his illness and was pronounced dead at Lahey Hospital in Burlington, MA. The Probation Office has received a copy of the Death Pronouncement Note from Lahey Hospital.  The Probation Office also contacted Mr. Gonzalez-

Arias' family and confirmed they received the death notification.  The Probation Office has notified the government and defense counsel as well.

In light of Mr. Gonzalez-Arias' death, the Probation Office is requesting that the Amended 12C Petition dated 4/2/20 be withdrawn.  As a result of his death, Mr. Gonzalez-Arias' case with the U.S. Probation Office will be closed.

Reviewed & Approved By:

/s/ Lisa Paiva
Supervising U.S. Probation Officer

**The Court Orders:**

XX   Approved: Amended 12C Petition dated 4/2/20 is withdrawn

___   Other:

*/s/ Douglas P. Woodlock*
_____
Honorable Douglas P. Woodlock
Senior U.S. District Judge

Date: *May 1, 2020*

● Page 2